IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **REGINALD JONES** | * | |
| Plaintiff, | * | |
| v. | * | Case No. RWT-09-2904 |
| **HSBC BANK USA, N.A.,** *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL AS TO DEFENDANT FRIEDMAN & MAC FAYDEN, P.A.

Based upon the representation by Friedman & Mac Fayden, P.A. that it does not presently hold any title, right or interest in Reginald Jones' May 16, 2005 Note or Deed of Trust, or in the real property located at 10214 Silver Bell Terrace, Rockville, Maryland 20850, will the Court please dismiss without prejudice the Complaint as to defendant Friedman & Mac Fayden, P.A., only. Such defendant has not yet filed an answer or otherwise responded to the Complaint.

Respectfully submitted,

/s/ Jose Martin Blanco
Jose Martin Blanco, Esquire #17586
Property & Estsate Law, PLC
1950 Old Gallows Road, Suite 220
Vienna, Virginia 22182
(703) 621-3333 (office)
(703) 621-3332 (fax)
(240) 776-4444 (MD)
jblanco@propertyestatelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically transmitted and/or mailed, by first class mail, this 18th day of November, 2009, to all defendants in this case, and the following:

Michael T. Cantrell, Esquire
210 East Redwood Street, #400
Baltimore, MD 21202

/s/ Jose Martin Blanco
Jose Martin Blanco, Esquire #17586
Property & Estate Law, PLC